DONTA JENKINS,

                Plaintiff,

    v.

DANIEL FRISCH, *et al.*,

                Defendants.

**AMENDED
SCHEDULING ORDERS**

16-cv-684-bbc

16-cv-694-bbc

17-cv-25-bbc

_____

      This court held a recorded telephonic status and scheduling conference on February 16, 2018. Plaintiff is representing himself and appeared without an attorney. Defendants appeared by AAGs Brandon Flugaur and Ann Peacock. The court re-set the schedule in all three of plaintiff's pending cases, as set forth below. In all other respects, the Preliminary Pretrial conference order in each case (and all the attachments to them) remain in effect.

### Case No. 16-684

Disclosure of Expert Witnesses: Plaintiff: April 6, 2018

                Defendants: May 18, 2018

Deadline for Filing Dispositive Motions: June 4, 2018

Discovery Cutoff: October 12, 2018

Rule 26(a)(3) Disclosures *and* all motions in limine: October 19, 2018

                Objections: November 2, 2018

Final Pretrial Conference: November 13, 2018 at 8:30 a.m.

Jury Selection and Trial: November 13, 2018 at 9:00 a.m.

      The parties estimate that this case will take two to three days to try.

**Case No. 16-694**

Disclosure of Expert Witnesses: Plaintiff: May 11, 2018

Defendants: June 15, 2018

Deadline for Filing Dispositive Motions: June 29, 2018

Discovery Cutoff: December 14, 2018

Rule 26(a)(3) Disclosures *and* all motions in limine: December 21, 2018

Objections: January 11, 2019

Final Pretrial Conference: January 22, 2019 at 8:30 a.m.

Jury Selection and Trial: January 22, 2019 at 9:00 a.m.

The parties estimate that this case will take two to three days to try.


**Case No. 17-25**

Disclosure of Expert Witnesses: Plaintiff: July 6, 2018

Defendants: August 10, 2018

Deadline for Filing Dispositive Motions: August 24, 2018

Discovery Cutoff: February 1, 2019

Rule 26(a)(3) Disclosures *and* all motions in limine: February 8, 2019

Objections: February 22, 2019

Final Pretrial Conference: March 4, 2019 at 8:30 a.m.

Jury Selection and Trial: March 4, 2019 at 9:00 a.m.

The parties estimate that this case will take two to three days to try.


Entered this 16th day of February, 2018.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge