IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

v.

DANIEL FRISCH, DANIEL HUNEKE,
DANIEL NORGE, and DR. LUNDEEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-684-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants and dismissing this case.

/s/                             9/13/2018
Peter Oppeneer, Clerk of Court         Date