APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

Donta Jenkins

Plaintiff(s),

v.

Daniel Frisch ET.AL.

Defendant(s)

File Number 16-CV-684-bbc

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the SEVENTH Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 13th day of September, 2018

(s) Donta Jenk——
Attorney for Donta Jenkins pro se
Address: Waupun Correction Institution
P.O. Box 351
Waupun WI 53963

* See Rule 3(c) for permissible ways of identifying appellants.